```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

NARESH MIRCHANDANI and
CHERYELONA MIRCHANDANI
    Plaintiffs,

v.                      Civil Action No. BPG-04-1099

HOME DEPOT U.S.A., INC., et al.
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the foregoing reasons, IT IS this <u>11</u> day of January, 2007 ORDERED that:

1. Plaintiffs' Motion to Allow Filing of Deposition in Opposition to Motion for Summary Judgment (Paper No. 153) be, and the same hereby is, GRANTED.

2. Motion for Summary Judgment of Defendant Home Depot U.S.A., Inc. (Paper No. 149) be, and the same hereby is, DENIED.

                                                    /s/
                                        Beth P. Gesner
                                        United States Magistrate Judge